UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

FLAVIO RETANA SEGOVIA,

Petitioner,

v.

SAMUEL OLSON,
Field Office Director, Chicago Field Office, Immigration and Customs Enforcement, in his official capacity,

Respondents.

Civil Action No. 5:26-cv-247-CHB

**ORDER REMANDING HEARING**

*** *** *** ***

This matter is before the Court on the parties' Joint Motion to Remand Hearing, [R. 8]. In their joint motion, the parties ask that the hearing set for September 15, 2026 be remanded from the Court's docket because the parties "are not aware of any evidentiary issues and, accordingly, respectfully agree to forgo a hearing and proceed on their submitted briefs." *Id.* at 1.

Therefore, having reviewed the joint motion, and the Court being otherwise sufficiently advised, **IT IS HEREBY ORDERED** as follows:

1. The parties' Joint Motion to Remand Hearing, [**R. 8**], is **GRANTED**.

2. The hearing that was scheduled for September 15, 2026, is **REMANDED** from the Court's docket.

This the 10th day of September, 2026.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF KENTUCKY

cc: Counsel of Record